**Fill in this information to identify the case:**

Debtor name  The Andersen Firm, P.C.

United States Bankruptcy Court for the:  Eastern   District of  TN
                                                              (State)

Case number (If known):  2:22-bk-50900

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022 MM / DD / YYYY | to Filing date | ☑ Operating a business ☐ Other _____ | $ 313,991.00 |
| **For prior year:** | From 01/01/2021 MM / DD / YYYY | to 12/31/2021 MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | $ 1,675,387.00 |
| **For the year before that:** | From 01/01/2020 MM / DD / YYYY | to 12/31/2020 MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | $ 1,102,461.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022 MM / DD / YYYY | to Filing date | _____ | $ 0 |
| **For prior year:** | From 01/01/2021 MM / DD / YYYY | to 12/31/2021 MM / DD / YYYY | PPP loan (forgiven) | $ 229,426.00 |
| **For the year before that:** | From 01/01/2020 MM / DD / YYYY | to 12/31/2020 MM / DD / YYYY | PPP loan (forgiven) | $ 212,200.00 |

Debtor ___The Andersen Firm, P.C._____    Case number (if known)_2:22-bk-50900_____
                Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | $_____ | ☐ Secured debt |
| | Creditor's name | ____ | | ☐ Unsecured loan repayments |
| | Street | ____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State      ZIP Code | | | ☐ Other _____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | ____ | | ☐ Unsecured loan repayments |
| | Street | ____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State      ZIP Code | ____ | | ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | William E. Andersen, Jr. | ____ | $ See Exhibit A attached | _____ |
| | Insider's name | ____ | | |
| | 897 Stillwater Ct. | ____ | | |
| | Street | | | _____ |
| | Weston          FL          33327 | ____ | | |
| | City          State      ZIP Code | | | _____ |
| | **Relationship to debtor** Shareholder | | | |
| 4.2. | | ____ | $_____ | _____ |
| | Insider's name | ____ | | _____ |
| | Street | ____ | | |
| | | | | _____ |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |

Debtor    The Andersen Firm, P.C. _____    Case number (if known) 2:22-bk-50900 _____
_____ Name

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor,
sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City    State    ZIP Code | | | |
| 5.2. | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City    State    ZIP Code | | | |

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of
the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City    State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor
was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. See Exhibit B attached | | Name | ☐ Pending  ☐ On appeal  ☐ Concluded |
| Case number | | Street | |
| | | City    State    ZIP Code | |
| 7.2. Case title | | Court or agency's name and address | ☐ Pending  ☐ On appeal  ☐ Concluded |
| Case number | | Name | |
| | | Street | |
| | | City    State    ZIP Code | |

Debtor    The Andersen Firm, P.C.
          _____          Case number (if known) 2:22-bk-50900
          Name                                                      _____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | | |
| _____ | **Case title** | **Court name and address** |
| Street | | |
| _____ | _____ | _____ |
| _____ | **Case number** | Name |
| City        State      ZIP Code | | _____ |
| | _____ | Street |
| | | _____ |
| | **Date of order or assignment** | City        State      ZIP Code |
| | _____ | |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | _____ | _____ | $_____ |
| Recipient's name | _____ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City        State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | _____ | _____ | $_____ |
| Recipient's name | _____ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City        State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:   Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |
| _____ | | | |

| Debtor | The Andersen Firm, P.C. | Case number (if known) 2:22-bk-50900 |
|---|---|---|
| | Name | |

---

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | _____ | | | |
| | City            State        ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | _____ | | | |
| | City            State        ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |
| _____ | _____ | | |

---

Debtor    The Andersen Firm, P.C.
         _____          Case number (if known) 2:22-bk-50900
         Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| | Who received transfer? | _____ | _____ | $_____ |
| 13.2. | _____ | _____ | | |
| | **Address** | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | See Exhibit C attached | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State     ZIP Code | |
| 14.2. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State     ZIP Code | |

---

| | |
|---|---|
| Debtor | The Andersen Firm, P.C. |
| | Name |

Case number *(if known)* 2:22-bk-50900

---

**Part 8:** **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City        State        ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.2.** _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City        State        ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

**Part 9:** **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained. Names, addresses and social security numbers

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| The Andersen Firm 401(k) Profit Sharing Plan | EIN: 6  2 – 1  5  5  1  8  7  9 |

Has the plan been terminated?

■ No   plan documents were amended to The Andersen Firm, PLLC

☐ Yes

---

| Debtor | The Andersen Firm, P.C. | Case number *(if known)* | 2:22-bk-50900 |
|---|---|---|---|
| | Name | | |

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name _____ Street _____ City / State / ZIP Code | XXXX–___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name _____ Street _____ City / State / ZIP Code | XXXX–___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | | $_____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City / State / ZIP Code | _____ _____ _____ Address _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Advanced Self Storage _____ Name 3901 Bristol Highway _____ Street Johnson City / TN / 37601 City / State / ZIP Code | all employees _____ _____ Address _____ | old client files holiday decor personal property of deceased owner | ☑ No ☐ Yes |

| Debtor | The Andersen Firm, P.C. | Case number (if known) 2:22-bk-50900 |
|---|---|---|
| | Name | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City          State          ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No
❑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ | _____ | ❑ Pending |
| Case number | Name | _____ | ❑ On appeal |
| _____ | _____ | _____ | ❑ Concluded |
| | Street | | |
| | _____ | | |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No
❑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

| Debtor | The Andersen Firm, P.C. | Case number (if known) | 2:22-bk-50900 |
|---|---|---|---|
| | Name | | |

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25.** Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.1. | | | EIN: ___ __ – __ __ __ __ __ __ |
| | Name | | Dates business existed |
| | Street | | |
| | | | From _____    To _____ |
| | City    State    ZIP Code | | |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number |
| | | | Do not include Social Security number or ITIN. |
| | | | EIN: ___ __ – __ __ __ __ __ __ |
| | Name | | Dates business existed |
| | Street | | |
| | | | From _____    To _____ |
| | City    State    ZIP Code | | |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number |
| | | | Do not include Social Security number or ITIN. |
| | | | EIN: ___ __ – __ __ __ __ __ __ |
| | Name | | Dates business existed |
| | Street | | |
| | | | From _____    To _____ |
| | City    State    ZIP Code | | |

| Debtor | The Andersen Firm, P.C. | Case number (if known) | 2:22-bk-50900 |
|---|---|---|---|
| | Name | | |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Rhonda Miller | From 4/1999    To 9/2022 |
| | Name | |
| | 3901 Bristol Highway, Ste. 201 | |
| | Street | |

| | | | |
|---|---|---|---|
| Johnson City | TN | 37601 | |
| City | State | ZIP Code | |

| | Name and address | Dates of service |
|---|---|---|
| 26a.2. | Tembo CPAs, LLC | From 11/2018    To 9/2022 |
| | Name | |
| | 211 Anastasia Boulevard | |
| | Street | |

| | | |
|---|---|---|
| St. Augustine | FL | 32080 |
| City | State | ZIP Code |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Rhonda Miller | From 4/1999    To 9/2022 |
| | Name | |
| | 3901 Bristol Highway, Ste. 201 | |
| | Street | |

| | | |
|---|---|---|
| Johnson City | TN | 37601 |
| City | State | ZIP Code |

| | Name and address | Dates of service |
|---|---|---|
| 26b.2. | Tembo CPAs, LLC | From 11/2018    To 9/2022 |
| | Name | |
| | 211 Anastasia Boulevard | |
| | Street | |

| | | |
|---|---|---|
| St. Augustine | FL | 32080 |
| City | State | ZIP Code |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Rhonda Miller | |
| | Name | |
| | 3901 Bristol Highway, Ste. 201 | |
| | Street | |

| | | |
|---|---|---|
| Johnson City | TN | 37601 |
| City | State | ZIP Code |

Debtor  The Andersen Firm, P.C.
_____
Name

Case number *(if known)* 2:22-bk-50900
_____

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Tembo CPAs, LLC | _____ |
| | Name | |
| | 211 Anastasia Boulevard | _____ |
| | Street | |
| | | _____ |

| City | State | ZIP Code |
|---|---|---|
| St. Augustine | FL | 32080 |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

26d.1. _____
Name

_____
Street

_____

| City | State | ZIP Code |
|---|---|---|

**Name and address**

26d.2. _____
Name

_____
Street

_____

| City | State | ZIP Code |
|---|---|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| William E Andersen, Jr. | 5/12/2022 | $ 8,000.00 * |
| | | * sold to The Andersen Firm, PLLC in May 2022 |

**Name and address of the person who has possession of inventory records**

27.1. Rhonda Miller
Name
3901 Bristol Highway, Ste. 201
Street

| City | State | ZIP Code |
|---|---|---|
| Johnson City | TN | 37601 |

| Debtor | The Andersen Firm, P.C. | Case number (if known) | 2:22-bk-50900 |
|---|---|---|---|
| | Name | | |

Name of the person who supervised the taking of the inventory

_____

Date of inventory

_____

The dollar amount and basis (cost, market, or other basis) of each inventory

$_____

Name and address of the person who has possession of inventory records

27.2. _____
Name

_____
Street

_____
City                                    State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William E. Andersen, Jr. | 897 Stillwater Ct., Weston, FL 33327 | President/Shareholder | 97.5% |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. William E. Andersen, Jr. | See Exhibit D attached | _____ | |
| Name | | | |
| 897 Stillwater Ct. | | _____ | |
| Street | | | |
| Weston                    FL          33327 | | _____ | |
| City                     State       ZIP Code | | | |
| **Relationship to debtor** | | _____ | |
| Shareholder | | | |

Debtor    The Andersen Firm, Pc    Case number (if known) 2:22-bk-50900

Name and address of recipient

30.2

Name

Street

City    State    Z.P Code

Relationship to debtor

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

Name of the parent corporation    Employer Identification number of the parent corporation

EIN: __ __ - __ __ __ __ __ __ __

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No
☒ Yes. Identify below.

Name of the pension fund    Employer Identification number of the pension fund
The Andersen Firm 401(K) Profit Sharing Plan    EIN: 6 2 - 1 5 5 1 8 7 9

**Part 14:    Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 0⁸/26/2022
MM / DD / YYYY

X _____    Printed name  William E. Andersen
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☐ Yes

Re:  The Andersen Firm, PC; Case No. 2:22-bk-50900

# EXHIBIT A
## to
## Statement of Financial Affairs

**Part 2:  List Certain Transfers Made Before Filing for Bankruptcy**

4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name | Date | Amount | Reason for payment or transfer |
|---|---|---|---|
| 4.1 William E. Andersen Jr. | 10/28/21 | $7,171.48 | Balance owed for deferred wages |
| | 10/28/21 | $50,000.00 | Repayment of loans to firm ($10k from 3/15/20 and $40k from 5/4/20) |
| | 11/11/21 | $97,500.00 | Shareholder distribution |
| | 12/31/21 | $15,199.05 | Replacement for lost reimbursement check dated 6/29/21 |
| | 12/31/21 | $745.99 | Reimbursement for out-of-pocket travel expenses |
| | 9/21 – 9/22 | $135,101.07 | Wages |

Re:  **The Andersen Firm, PC; Case No. 2:22-bk-50900**

# EXHIBIT B
## to
## Statement of Financial Affairs

**Part 3:  Legal Actions or Assignments**

7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title / Case Number | Nature of Case | Court's Name/Address | Status of Case |
|---|---|---|---|
| Scott A. Brown v The Andersen Firm CACE 2014-006423 | Wrongful Termination | 17th Judicial Circuit Court Broward County, FL | Pending on Motion for Cost |
| Michael Dale Smith, et al v The Andersen Firm PC CACE 21-006443 | Breach of contract | 17th Judicial Circuit Court Broward County, FL | Concluded |
| Mary Adams, et al v The Andersen Firm PC CACE 21-006445 | Breach of contract | 17th Judicial Circuit Court Broward County, FL | Concluded |
| Mark L Kahn, et al v The Andersen Firm PC CACE 21-006446 | Breach of contract | 17th Judicial Circuit Court Broward County, FL | Concluded |
| Douglas R Kilzer, et al v The Andersen Firm PC CACE 21-006447 | Breach of contract | 17th Judicial Circuit Court Broward County, FL | Concluded |
| Janice B. Cramer, as Trustee Vernon Burt Unified Credit Trust, And Janice B. Cramer, as Trustee, Rose E. Burt Living Trust, v The Andersen Firm, PC COCE 20-017334 | Breach of contract | 17th Judicial Circuit Court Broward County, FL | Concluded |
| Halcar Coastal, LLC, a Delaware limited liability company v The Andersen Firm, a Tennessee professional corporation CACE 20-015639 | Breach of contract | 17th Judicial Circuit Court Broward County, FL | Pending |
| Rebecca Rachins and Richard Minassian v Paula Minassian, individually, as Trustee of the Zaven Minassian Trust dated December 29, ,1999, as amended and Restated July 16, 2008 | Negligence | 17th Judicial Circuit Court Broward County, FL | Pending |
| Stephen Saterbo, et al v Andersen Firm, PC CACE 20-001532 | Breach of contract | 17th Judicial Circuit Court Broward County, FL | Concluded |
| Viktoriya Keslin, as Trustee of V.K. Revocable Living Trust, dated April 6, 2016, a/k/a V.K. Revocable Living Trust CACE 20-017086 | Negligence | 17th Judicial Circuit Court Broward County, FL | Pending |

Re:  **The Andersen Firm, PC; Case No. 2:22-bk-50900**

# EXHIBIT C
## to
## Statement of Financial Affairs

**Part 7:  Previous Locations**

14.  Previous addresses

| Address | From | To |
|---|---|---|
| (Manhattan Office)<br>5 Penn Plaza, 23rd Floor<br>New York, NY 10001 | Jan 2017 | Mar 2022 |
| (Lynbrook Office)<br>29 Broadway, 2nd Floor<br>Lynbrook, NY 11563 | Dec 2017 | Mar 2022 |
| (Florida Office)<br>2400 E. Commercial Blvd, Ste 309<br>Ft. Lauderdale, FL 33308 | Nov 2017 | July 2020 |
| (Florida Office)<br>7771 W. Oakland Park Blvd, Ste 228<br>Ft. Lauderdale, FL 33351 | July 2020 | Mar 2022 |

Re: The Andersen Firm, PC; Case No. 2:22-bk-50900

# EXHIBIT D
## to
## Statement of Financial Affairs

30. Payments, distributions, or withdrawals credited or give to insiders

| Insider's name | Date | Amount | Reason for payment or transfer |
|---|---|---|---|
| 4.1 William E. Andersen Jr. | 10/28/21 | $7,171.48 | Balance owed for deferred wages |
| | 10/28/21 | $50,000.00 | Repayment of loans to firm ($10k from 3/15/20 and $40k from 5/4/20) |
| | 11/11/21 | $97,500.00 | Shareholder distribution |
| | 12/31/21 | $15,199.05 | Replacement for lost reimbursement check dated 6/29/21 |
| | 12/31/21 | $745.99 | Reimbursement for out-of-pocket travel expenses |
| | 9/21 – 9/22 | $135,101.07 | Wages |